-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

GARY WIEGERT, 96-A-6658,,

        Petitioner,

     -v-                   05-CV-6471L
                               **ORDER**

JAMES T. CONWAY,

        Respondent.

_____

Petitioner Gary Wiegert requests a certificate of appealability in connection with this Court's February 23, 2006 Decision and Order dismissing his petition for habeas corpus relief pursuant to 28 U.S.C. § 2254.

The Court hereby certifies that pursuant to 28 U.S.C. § 1915(a)(3),any appeal from the February 23, 2006 Decision and Order would not be taken in good faith, and leave to appeal to the Court of Appeals as a poor person is denied. <u>Coppedge v. United States</u>, 369 U.S. 438, 82 S. Ct. 917, 8 L. Ed.2d 21 (1962). Further requests to proceed on appeal as a poor person should be directed, on motion, to the United States Court of Appeals for the Second Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

      **SO ORDERED.**

                        S/ Michael A. Telesca

                    _____
                       MICHAEL A. TELESCA
                 United States District Judge

Dated:    May 5, 2006
         Rochester, New York