-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

GARY WIEGERT, 96-A-6658,,

       Petitioner,

        -v-                          05-CV-6471L
                                      **ORDER**
JAMES T. CONWAY,

       Respondent.
_____

       Petitioner Gary Wiegert requests a certificate of appealability in connection with this Court's February 23, 2006 Decision and Order dismissing his petition for habeas corpus relief pursuant to 28 U.S.C. § 2254.

       The Court hereby certifies that for the reasons set forth in its February 23, 2006 Decision and Order, and pursuant to 28 U.S.C. § 2253 the petitioner has failed to make a substantial showing of the denial of a constitutional right, and therefore, a certificate of appealability is hereby denied.

       **SO ORDERED.**

                                             S/ Michael A. Telesca

                                     _____
                                         MICHAEL A. TELESCA
                                   United States District Judge

Dated:   March 2, 2007
           Rochester, New York